**Order filed May 3, 2022**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-21-00688-CV
_____

**HEDIEH  TABRIZIAN, Appellant**

**V.**

**WAYNE  FELCHAK, Appellee**

**On Appeal from County Civil Court at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1138161**

## O R D E R

Appellant's brief was due April 6, 2022. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 3, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Jewell.